## William H. McCausland and Antoinette McCausland, Appellees, v. City of Chicago, Appellant.

### Gen. No. 41,903.

Heard in second division, first district, this court at October term, 1941; opinion filed June 19, 1942; rehearing denied July 1, 1942. Barnet Hodes, Corporation Counsel, for appellant; James A. Velde, John J. Mortimer and Barney Fagen, Assistant Corporation Counsel, of counsel; Beckman, Healy, Reid & Hough, for appellees; Daniel M. Healy, of counsel. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."